# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas D. Wheeler<br>                Debtor | BK NO. 16-03540 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

Re: Loan # Ending In: 4342

                                      Respectfully submitted,

                                      **/s/ Joshua I. Goldman, Esquire**
                                      Joshua I. Goldman, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406
                                      Attorney for Movant/Applicant