IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Thomas D. Wheeler | BK NO. 16-03540 RNO
Debtor |
| Chapter 7

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter the appearance of Annette M. Wheeler, 263 Eagle Drive, Hanover PA 17331 on behalf of money owed to me from Thomas D. Wheeler which was set forth in a divorce master hearing June 11, 2016.

Please index the same on the master mailing list with any notifications regarding this case.

Respectfully submitted,

*Annette M Wheeler*

Annette M. Wheeler (4826746) creditor
263 Eagle Drive
Hanover PA 17331
Phone: 717-713-7223

FILED HARRISBURG PA 2016 OCT 13 AM 11:19 CLERK U.S. BANKRUPTCY COURT