FILED      Harrisburg, PA.

October 13, 2016

Clerk, U.S. Bankruptcy Court

Case number *(if known)* 16-03540

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

☑ I have not used any business name or EINs.

☐ I have not used any business name or EINs.

Include trade names and doing business as names

Business name(s)

Business name(s)

EINs

EINs

*This is a lie... Had 3 trucks on the road since April filling pools. Tom still answers Bus. Phone*

**5.** **Where you live**

1028 Windy Hill Rd.
New Freedom, PA 17349
Number, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

York
County

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

PO Box 126
New Freedom, PA 17349
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

717-235-2618      Toll Free 877-266-5077

**SHANE TRANSPORT**

POOL WATER AND GENERAL TRANSPORTATION

LLC

Thomas Wheeler      1028 Windy Hill Road
Annette Wheeler      New Freedom, PA 17349

*EIN # 84-1700705
Tax ID # D 4921011*